# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1565
LT Case No. 2011-CF-3085

_____

JAMES EDWARD BANNISTER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Marion County.
Lisa Herndon, Judge.

James Edward Bannister, Century, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

September 26, 2023

PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____